## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In Re: ) | |
| ) | |
| JAMES E. HODGKINSON, and ) | BK 09-11807-NLJ |
| PAULA M. HODGKINSON, ) | Chapter 7 |
| ) | |
| Debtors. ) | |

### PAYMENT OF FUNDS TO THE CLERK
### PURSUANT TO BANKRUPTCY RULE 3010

The trustee reports that all orders of the Court have been complied with and that pursuant to the Order Authorizing Payment of Dividends and Compensation and Expenses of the Trustee, all checks have been issued and mailed to creditors at their last known addresses.

The following checks have not mailed for the reason that the dividend to be paid to each creditor was under $5.00. Accompanying this report is a check payable to the Clerk of the Court for the total amount, in accordance with Rule 3010 of the Federal Rules of Bankruptcy Procedure.

| Claim No. | Check No. | Payee/Address | Amount |
|---|---|---|---|
| 14 | 112 | HSBC BANK NEVADA, NA<br>BASS & ASSOCIATES, PC<br>3936 E. FT. LOWELL RD, SUITE 200<br>TUCSON, AZ 85712 | $3.45 |

Dated: 1/18/11

/s/ Janice D. Loyd
JANICE D. LOYD, TRUSTEE, OBA #11910
BELLINGHAM & LOYD, P.C.
620 North Robinson, Suite 207
Oklahoma City, OK 73102
(405)235-9371   (405)232-1003 (FAX)
jdltrustee@bellinghamloyd.com

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

CLAIMS UNDER $5.00 - CLAIM #14

**BANK OF AMERICA, N.A.**
CUSTOMER CONNECTION

CHECK NUMBER
**112**

JANICE D. LOYD, TRUSTEE
210 PARK AVENUE
SUITE #2050
OKLAHOMA CITY, OK  73102

| DATE | AMOUNT |
|---|---|
| 01/18/11 | ***********3.45 |

| CASE NUMBER | DEBTOR |
|---|---|
| 09-11807   NLJ | HODGKINSON, JAMES E.<br>HODGKINSON, PAULA M. |

**PAY TO THE ORDER OF**

U.S. BANKRUPTCY COURT CLERK

*Three Dollars And 45/100*

Janice Loyd

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

🔒 SECURITY FEATURES INCLUDED. DETAILS ON BACK 🔒

⑈000112⑈ ⑆111000012⑆ 4437507936⑈

| Date: 01/18/11 | Check Number: 112 | | Amount: 3.45 |
|---|---|---|---|
| | Case Number: 09-11807    NLJ<br>Debtor Name: HODGKINSON, JAMES E. | | |
| Paid To: U.S. BANKRUPTCY COURT CLERK | | Trustee: | JANICE D. LOYD, TRUSTEE<br>210 PARK AVENUE<br>SUITE #2050<br>OKLAHOMA CITY, OK  73102 |
| Description: CLAIMS UNDER $5.00 - CLAIM #14 | | | |
| Bank Account Number:   4437507936 | | | |