IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| JAMES HODGKINSON, and | ) | BK 09-11807-NLJ |
| PAULA HODGKINSON, | ) | Chapter 7 |
| | ) | |
| Debtors. | ) | |

PAYMENT OF UNCLAIMED FUNDS TO THE CLERK
PURSUANT TO BANKRUPTCY RULE 3011

The trustee reports that all orders of the Court have been complied with and that pursuant to the Order Authorizing Payment of Dividends and Compensation and Expenses of the Trustee, all checks have been issued and mailed to creditors at their last known addresses.

The following checks have not been presented for payment within the prescribed time limit (90 days). Accompanying this report is a check payable to the Clerk of the Court for the total amount, in accordance with Rule 3011 of the Federal Rules of Bankruptcy Procedure.

| Claim No. | Check No. | Payee/Address | Amount |
|---|---|---|---|
| 10 | 113 | LARICA MONACO, LONNIE MONACO & RHONDA MONACO<br>C/O STEVEN T. MORTIMER<br>4549 NW 36TH STREET<br>OKLAHOMA CITY, OK 73122 | $ 1,872.70 |

Dated: 5/17/11

/s/Janice D. Loyd
JANICE D. LOYD, TRUSTEE, OBA #11910
BELLINGHAM & LOYD, P.C.
620 North Robinson, Suite 207
Oklahoma City, OK   73102
(405)235-9371   (405)232-1003(FAX)
jdltrustee@bellinghamloyd.com
ATTORNEY FOR TRUSTEE